**Electronically Filed
Supreme Court
SCWC-16-0000355
27-AUG-2018
03:55 PM**

SCWC-16-0000355

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DEBBIE S. QUEL,
Petitioner/Petitioner-Appellant/Appellant,

vs.

BOARD OF TRUSTEES, EMPLOYEES' RETIREMENT SYSTEM OF HAWAIʻI,
Respondent/Respondent-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000355; CIVIL NO. 15-1-1308)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant/Appellant Debbie S.
Quel's application for writ of certiorari filed on July 6, 2018,
is hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED:  Honolulu, Hawaiʻi, August 27, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

